**ORDERED ACCORDINGLY.**

Dated: February 24, 2011



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-03506

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jorge R. Santa Cruz and Yolanda Santa Cruz<br>Debtors.<br>_____<br>HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Trust Trust 2004-2.<br>Movant,<br>vs.<br>Jorge R. Santa Cruz and Yolanda Santa Cruz, Debtors, David M. Reaves, Trustee.<br>Respondents. | No. 2:11-BK-01326-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 13, 2004 and recorded in the office of the Cochise County Recorder wherein HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Trust Trust 2004-2. is the current beneficiary and Jorge R. Santa Cruz and Yolanda Santa Cruz have an interest in, further described as:

>PARCEL l
>The North 55.00 feet of Lots 1 and 2, Block 93, DOUGLAS TOWNSITE, according to Filed Map No. 12, records of Cochise County. Arizona.
>PARCEL II
>The East 16.00 feet of the North 23.00 feet of Lot 3, Block 93, DOUGLAS TOWNSITE. according to Filed Map No. 12, records of Cochise County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.